510 F.2d 1363
 Pat A. SCARTH, Petitioner-Appellant,
v.
Colonel Albert J. GERACI et al., Respondents-Appellees.
 No. 74--3666 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 April 3, 1975.
 
 John T. Montford, Lubbock, Tex., for petitioner-appellant.
 Frank D. McCown, U.S. Atty., Fort Worth, Tex., Robert B. Wilson, Asst. U.S. Atty., Lubbock, Tex., for respondents-appellees.
 Appeal from the United States District Court for the Northern District of Texas; Halbert O. Woodward, Judge.
 Before BROWN, Chief Judge, and GODBOLD and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The opinion of the District Court reported at 382 F.Supp. 876 (1974), is correct. It is
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir., See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I